Alice M. BRYANT, Plaintiff–Appellant,

v.

Carolyn W. COLVIN, Acting Commissioner of Social Security Administration, Defendant–Appellee.

No. 13–2364.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2014.

Decided: June 18, 2014.

---

Charlotte W. Hall, Charles T. Hall Law Firm, Raleigh, North Carolina, for Appellant. Paul B. Taylor, Assistant United States Attorney, Anne M. Tompkins, United States Attorney, Hugh Dun Rappaport, Special Assistant United States Attorney, Boston, Massachusetts, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alice Bryant appeals the district court's order upholding the Commissioner's denial of Bryant's applications for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bryant v. Colvin*, No. 1:13–cv–00012–MOC, 2013 WL 5540296 (W.D.N.C. Oct. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*